**Brief Stricken and Order filed September 30, 2021**



In The

# Fourteenth Court of Appeals

———————

## NO. 14-20-00123-CV

———————

### MARCUS JACQUOT, Appellant

### V.

### MELODY COKER, Appellee

---

**On Appeal from the 280th District Court**
**Harris County, Texas**
**Trial Court Cause No. 2019-51429**

---

## ORDER

The appendices of appellant's re-filed brief and reply brief are replete with mentions of the name of a person who was a minor when the underlying suit was filed. *See* Tex. R. App. P. 9.9(a)(3). Accordingly, the briefs are again STRICKEN.

Appellant is ordered to file a brief that complies with Texas Rule of Appellate Procedure 9.9 on or before **October 11, 2021**.

PER CURIAM

Panel Consists of Justices Jewell, Spain, and Wilson.